IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINAN CHEHADE,<br><br>      Plaintiff,<br><br>    v.<br><br>FOLEY & LARDNER, LLP,<br><br>      Defendant. | Case No: 1:24-cv-04414<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Holleb Hotaling |

**DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS COUNT II
OF PLAINTIFF'S AMENDED COMPLAINT WITH PREJUDICE**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Foley & Lardner LLP ("Foley" or "Defendant"), by and through its attorneys, Seyfarth Shaw LLP, respectfully moves this Court to dismiss Count II of Plaintiff's Amended Complaint (Dkt. 11). As grounds for this motion, Defendant relies on the accompany Memorandum of Law in Support of Its Partial Motion to Dismiss.

WHEREFORE, Defendant respectfully requests that this Court dismiss Count II of Plaintiff's Amended Complaint, with prejudice, for failure to state a claim upon which relief can be granted and grant such other and further relief as the Court deems just and proper.

**DATED: June 28, 2024**

                                                    Respectfully submitted,

                                                    Foley & Lardner LLP

                                                    By: */s/ Tracy M. Billows*
                                                            One of Its Attorneys

Gerald L. Pauling (gpauling@seyfarth.com)
Tracy M. Billows (tbillows@seyfarth.com)
Seyfarth Shaw LLP

311986094v.1

233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Foley & Lardner LLP*

### CERTIFICATE OF SERVICE

I do hereby certify that on June 28, 2024, the foregoing **DEFENDANT'S MOTION TO DISMISS COUNT II** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Tracy M. Billows*
Tracy M. Billows