06/12/15

# United States District Court
# Northern District of Illinois

### Notification of Party Contact Information

**Directions**: This form must be attached to a motion to withdraw from a case when no other attorney of record has been noted on the docket. A completed form must be electronically filed as an attachment to the motion to withdraw. The address and telephone number of your client must be completed on this form to enable the Court to contact your client in the future if the motion to withdraw is granted.

**Case Number**:

**Case Title**:

**Judge**:

**Name of Attorney submitting the motion to withdraw**:

**Name of Client**:

**Mailing address of Client**:

**City:**                          **State:**

**Zip:**                           **Telephone Number:**

**I attest that the above information is true and correct to the best of my knowledge.**

**Signed:** ___*Joseph Reid Milburn*_____

**Date:**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JINAN CHEHADE | ) | |
| PLAINTIFF, | ) | No. 1:24-cv-04414 |
| v. | ) | |
| | ) | Hon Sharon Johnson Coleman |
| FOLEY & LARDNER, | ) | Magistrate Judge Keri K. Holleb Hotaling |
| DEFENDANT. | ) | |

## MOTION TO WITHDRAW

    Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Jinan Chehade by her attorneys, respectfully request that this Court grant Joseph Milburn leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since June 5, 2024, Joseph Milburn has been one of the attorneys of record for the Plaintiff.
2. Upon mutual agreement of Joseph Milburn and the Plaintiff through her attorneys, it is in the best interests of the Plaintiff for Joseph Milburn to withdraw as counsel for this matter.
3. Plaintiff will still be represented by counsel from the firms Vitale, Vickrey, Niro, Solon & Gasey LLP and Kapitan Gomaa Law, P.C.

WHEREFORE, Plaintiff respectfully request that the Court grant Joseph Milburn leave to withdraw as one of the attorneys of record in this action.

Dated: October 24, 2024

                                            Respectfully submitted
                                            By: Joseph Milburn (#6336395)
                                                  Paul K. Vickrey
                                                    Rima Kapitan
                                                    Patrick F. Solon
                                                    Dylan Michael Brown

**CERTIFICATE OF SERVICE**

Joseph Milburn, an attorney, certifies that on October 24, 2024 he caused to be served copies of the Motion to Withdraw as Counsel, to the parties listed below in the manner stated.

**Via Email**

**Tracy Marie Billows**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000
Fax: Active
Email: tbillows@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald L. Pauling**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
(312) 460-5000
Fax: Active
Email: gpauling@seyfarth.com
*ATTORNEY TO BE NOTICED*