IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| JINAN CHEHADE | ) | |
| PLAINTIFF, | ) | No. 1:24-cv-04414 |
| v. | ) | |
|  | ) | Hon Sharon Johnson Coleman |
| FOLEY & LARDNER, | ) | Magistrate Judge Keri K. Holleb Hotaling |
| DEFENDANT. | ) | |

## MOTION TO WITHDRAW

     Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff Jinan Chehade by her attorneys, respectfully request that this Court grant Joseph Milburn leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states as follows:

1. Since June 5, 2024, Joseph Milburn has been one of the attorneys of record for the Plaintiff.
2. Upon mutual agreement of Joseph Milburn and the Plaintiff through her attorneys, it is in the best interests of the Plaintiff for Joseph Milburn to withdraw as counsel for this matter.
3. Plaintiff will still be represented by counsel from the firms Vitale, Vickrey, Niro, Solon & Gasey LLP and Kapitan Gomaa Law, P.C.

WHEREFORE, Plaintiff respectfully request that the Court grant Joseph Milburn leave to withdraw as one of the attorneys of record in this action.

Dated: November 15, 2024

                                          Respectfully submitted
                                          By: Joseph Milburn (#6336395)
                                               Paul K. Vickrey
                                               Rima Kapitan
                                               Patrick F. Solon
                                               Dylan Michael Brown

## **CERTIFICATE OF SERVICE**

Joseph Milburn, an attorney, certifies that on November 15, 2024 he caused to be served copies of the Motion to Withdraw as Counsel, to the parties listed below in the manner stated.

**Via Email**

**Tracy Marie Billows**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000
Fax: Active
Email: tbillows@seyfarth.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerald L. Pauling**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
(312) 460-5000
Fax: Active
Email: gpauling@seyfarth.com
*ATTORNEY TO BE NOTICED*