UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Jinan Chehade, <br><br> Plaintiff, <br><br> v. <br><br> FOLEY & LARDNER, LLP <br><br> Defendants. | Case No. 1:24-cv-04414 <br><br> Hon. Sharon Johnson Coleman |

**NOTICE OF PRESENTMENT OF**
**MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT**

PLEASE TAKE NOTICE that on **December 3, 2024 at 10 am.**, or as soon thereafter as it may be heard, the undersigned shall appear before the **Honorable Sharon Johnson Coleman,** of the United States District Court for the Northern District of Illinois, 219 South Dearborn St., Courtroom 2356, Chicago, IL 60604, to present **Plaintiff's Motion for Attorney Withdrawal** that has been filed and served upon all Parties of record.

DATED: November 15, 2024                                    Respectfully submitted,

                                                             Joseph Milburn
                                                             Attorney for Plaintiff
                                                             Council on American-Islamic Relations,
                                                             Chicago Office (CAIR-Chicago)
                                                             17 N. State St., Suite 1500
                                                             Chicago, IL 60602
                                                             Phone: 312-212-1520
                                                             [j-milburn@cair.com](mailto:j-milburn@cair.com)
                                                             Atty. No. 6336395

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of November a true and correct copy foregoing has been provided via U.S. mail to following:

**Tracy Marie Billows**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
312-460-5000
Fax: Active
Email: tbillows@seyfarth.com


**Gerald L. Pauling**
Seyfarth Shaw LLP
233 South Wacker Drive
Suite 8000
Chicago, IL 60606
(312) 460-5000
Fax: Active
Email: gpauling@seyfarth.com


                                            /s/ *Joseph Milburn Esq.*
                                            Joe Milburn **ESQ.**