**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

Jinan Chehade,

        Plaintiff,        Case No. 1:24-cv-04414

  v.       Honorable Sharon Johnson Coleman

Foley & Lardner, LLP,        Magistrate Judge Keri L. Holleb Hotaling

        Defendant.

## JOINT STATUS REPORT

The parties, through undersigned counsel, respectfully submit the following status report, pursuant to this Court's orders of September 26, 2024 and December 10, 2024:

1. The parties have served and answered fact discovery requests. Each party has additional discovery requests pending.

2. For the most part, the parties have resolved cooperatively most differences regarding written discovery. Plaintiff has filed a motion to compel a response to two contested discovery requests. Plaintiff has also filed an opposed motion to take five additional depositions.

3. The parties have taken 9 depositions, and Plaintiff has another two pending.

4. Plaintiff made a pre-litigation settlement demand which Defendant rejected, and Defendant has not made a counteroffer.

5. The parties do not request a settlement conference at this time.

Respectfully submitted,

*/s/ Rima Kapitan*
Rima Kapitan (rima@kapitangomaa.com)
Atty No. 6286541
Kapitan Gomaa Law, P.C.
P.O. Box 46503
Chicago, Illinois 60646
(312)566-9590

/s/ Paul K. Vickrey (vickrey@vvnlaw.com)
Patrick F. Solon (solon@vvnlaw.com)
Dylan M. Brown (dbrown@vvnlaw.com)
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Drive, Suite 2470
Chicago, IL 60606
(312) 236-0733

**Attorneys for Jinan Chehade**

/s/ *Tracy M. Billows*
Tracy M. Billows, Bar No. 6274578
tbillows@seyfarth.com
Gerald L. Pauling
gpauling@seyfarth.com
SEYFARTH SHAW LLP
233 South Wacker Drive
Suite 8000
Chicago, Illinois  60606-6448
Telephone:     (312) 460-5000
Facsimile:     (312) 460-7000

**Attorneys for Foley & Lardner LLP**
