# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

Jinan Chehade

                    Plaintiff,

v.                                  Case No.: 1:24−cv−04414
                                      Honorable Sharon Johnson Coleman

Foley & Lardner, LLP

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 28, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: In−person motion hearing held on 1/28/2025 on Plaintiff's motion Dkt. [42]to take 5 additional depositions and on Plaintiff's motion to file under seal Dkt. [43]. Plaintiff's motion Dkt. [42] is granted in part and denied in part as stated in open court: Plaintiff will be able to depose Khan, Adlerstein, and Karim. These depositions may take place via remote means. Plaintiff is granted a total of 7 hours with which to depose these 3 individuals, to be divided however she pleases. With respect to Khan's deposition, if the conversation discussed in open court (a conversation between Khan and Plaintiff at the 10/26/2024 conference) is explored at that deposition, Defendant is hereby granted leave to reopen Plaintiff's deposition for the limited purpose of exploring this conversation commensurate to the extent it was discussed in Khan's deposition. The deposition of Adlerstein shall be strictly limited to the topic of who he shared information with within the time frame leading up to the revocation of Plaintiff's offer of employment, and limited to the individuals listed in Defendant's answers to Interrogatory No. 1. Plaintiff's motion to file under seal Dkt. [43] is granted; as the sealed document has already been filed, no further action needs to be taken in this regard. After discussion with the parties, the Court grants the joint oral motion to briefly extend the discovery schedule for these depositions; fact discovery is hereby extended to 2/24/2025. The parties do not expect any expert discovery in this case. With respect to Plaintiff's motion to compel comparator information Dkt. [40], the Court grants Plaintiff's oral motion to file a reply brief; Plaintiff's short (no more than 5 page) reply brief is due by 2/3/2025. The Court expects to rule on that motion in short order thereafter via CM/ECF. The parties are to file an updated joint status report on 2/25/2025 discussing next steps, including whether they are interested in a settlement conference and whether Plaintiff has made a formal demand upon Defendants yet. Mailed notice. (kp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.