# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Jinan Chehade

                    Plaintiff,

v.                                        Case No.: 1:24–cv–04414
                                                      Honorable Sharon Johnson Coleman

Foley & Lardner, LLP

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 24, 2025:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling: Plaintiff's Motion to Compel Production of Comparator Information [Dkt. 40] is DENIED. See attached order of today's date. Although fact discovery in this matter closes 2/24/2025 [Dkt. 52], there is one other pending motion to compel outstanding in this case [see Dkt. 53]. The 2/25/2025 joint status report date is stricken and will be reset when the Court rules on Dkt. 53.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.