IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JINAN CHEHADE,<br><br>    Plaintiff,<br><br> v.<br><br>FOLEY & LARDNER, LLP,<br><br>    Defendant. | Case No: 1:24-cv-04414<br><br>Judge Sharon Johnson Coleman<br><br>Magistrate Judge Keri Holleb Hotaling |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant Foley & Lardner LLP ("Foley"), pursuant to Fed. R. Civ. P. 56, submits this motion for summary judgment for the reasons explained in the Memorandum of Law in support, filed herewith.

**DATED: April 9, 2025**　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　Foley & Lardner LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Tracy M. Billows*
　　　　　　　　　　　　　　　　　　　　　　　　One of Its Attorneys

Gerald L. Pauling (gpauling@seyfarth.com)
Tracy M. Billows (tbillows@seyfarth.com)
Emily J. Miller (emmiller@seyfarth.com)
Seyfarth Shaw LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000

*Attorneys for Foley & Lardner LLP*

## **CERTIFICATE OF SERVICE**

I do hereby certify that on April 9, 2025, the foregoing **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to all counsel of record.

*/s/ Tracy M. Billows*

Tracy M. Billows