**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Jinan Chehade

      Plaintiff,

v.             Case No.: 1:24−cv−04414
              Honorable Sharon Johnson Coleman

Foley & Lardner, LLP

      Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, May 14, 2025:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 5/14/2025. Because the parties stated in court that they agree to redact names of certain associates, plaintiff's motion to address the temporary sealing of doc. No. 69 [70] is granted. Oral motion by defendant for a two−week extension to file their reply to the motion for summary judgment [64], with no objection by plaintiff, is granted. Defendant shall file the reply by 6/4/2025. Once the matter is fully briefed, the Court shall take it under advisement. Mailed notice. (ym)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.